ELLA H. LEFFMANN, Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

*Leffmann* v. *Long Island R. R. Co.*, 120 App. Div. 528, affirmed.

(Argued November 22, 1909; decided December 7, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

33

June 28, 1907, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to restrain the operation of the defendant's railroad upon an elevated structure in front of plaintiff's premises.

*George C. Lay* and *Charles S. Taber* for appellant.

*Edward M. Shepard* and *Joseph F. Keany* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of MILLER, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.